

Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America /*The North Gate*

*** 'Temple of the Moon and Sun' ****

*** Societas Republicae Ea Al Maurikanos ***

The True and De jure Natural and Indigenous Peoples ~ Heirs of the Land

International Document
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

**Narosmi Boddo Auguste-El**
In Proper Persona, Sui Juris, Jus Sanginus Moorish American National
Heiress and Lawful Holder in Due Course
c/o 74 Madison Avenue
Everett, Massachusetts [02149]
Phone: 857-253-8248

**DATE:** May 9, 2025, MCY 1446

**NOTICE OF REMOVAL, DECLARATION OF FRAUD, AND DEMAND FOR DISMISSAL FOR LACK OF JURISDICTION**

**Filed By:** Narosmi Boddo Auguste-El, In Proper Persona, Sui Juris, Moorish American National, Heiress and Lawful Holder in Due Course, Aboriginal Allodial Title Holder

**Venue of Origin:** NORTHEAST HOUSING COURT (FENTON DIVISION), flowing through Lowell, set for trial in Woburn

**Venue of Removal:** UNITED STATES DISTRICT COURT

**International Notice to All Parties, Agents, and Principals:**

Let the record reflect and read:

I, Narosmi Boddo Auguste-El, hereby remove the above-captioned matter to the UNITED STATES DISTRICT COURT as part of an international, constitutional, and treaty-protected action to protect the sovereign interests of my Aboriginal Allodial Estate, titled under my private trust. This removal is issued under duress and necessity, as all de facto venues have acted with gross fraud, usurpation, and collusion.

This matter was first initiated lawfully under my Aboriginal Allodial Trust and jurisdiction. All writs, including:

> **Writ of Adverse Claim**
> **Averment of Jurisdiction**
> **Declaration of Trust Rights**
> **Notice of Standing**
> **Notice of Non-Consent**
> **Writ of Possession**
> **Writ of Execution**
> **Notice of Consular Jurisdiction**

have previously been submitted and publicly recorded. These stand **unrebutted**, thereby establishing **tacit acquiescence** and **default judgment** under international law, trust law, and treaty obligations.

Despite this, the NORTHEAST HOUSING COURT (FENTON DIVISION) has acted in collusion with ERRAANO INVESTMENT, LLC and its British BAR attorney, FRANCISCO ROSA, to unlawfully reframe this matter under fraudulent titles and fictitious identities—including the improper use of "Narosmi Auguste"—a name that does not represent the lawful Aboriginal Estate. This corporate fiction is en legis and has no lawful authority over the Estate.

Let it be known:

- I was the first to file lawful claims with proper jurisdiction.
- The opposing party could not open a docket under my jurisdiction.
- They attempted multiple fraudulent dockets using altered party names and venues.
- I returned such fraudulent mailings via United States Postal Service as "Fraudulent Entity - Return to Sender."
- The Commonwealth of Massachusetts, through its courts and officers, is actively aiding and abetting ERRAANO INVESTMENT, LLC in this fraudulent seizure attempt, constituting a coordinated act of war, conspiracy, and treason.

Furthermore, on or about April 22, 2025, I was unlawfully detained, my property seized—including my phone, passport, cash, and banking cards—and these acts are linked to the very parties and court attempting this fraudulent action. These are acts of war, piracy, and kidnapping under color of law.

**Declaration of Non-Service (Re: False Claim by Clerk Employee)**

I, Narosmi Boddo Auguste-El, do hereby declare that I was not personally served any documents or court summons by the individual employed at NORTHEAST HOUSING COURT who claimed to have hand-delivered said paperwork. The statement made by this employee is false and constitutes an act of fraud and misrepresentation. All documents mailed to the corporate fiction were returned or conditionally responded to under Special Appearance only.

**Demand for Immediate Dismissal:**

The court lacks subject matter jurisdiction, personal jurisdiction, and standing. The parties involved have no verifiable chain of title, no proper delegation of authority, and no lawful position over my Aboriginal Estate. This Notice serves as a lawful removal and demand for immediate dismissal.

Let the record further show: this matter, currently docketed as 25H77SP001503 (shortened to 25SP1503), is scheduled for hearing on May 15, 2025. I am entering this removal under Special Appearance only, not General Appearance, and reserve all rights without consenting to jurisdiction

**CC:**

    UNITED STATES MARSHALS SERVICE
    NORTHEAST HOUSING COURT (FENTON DIVISION)
    FRANCISCO ROSA, Esq.
    ERRAANO INVESTMENT, LLC

- **EXHIBITS ATTACHED:**

    Exhibit A: Writ of Adverse Claim
    Exhibit B: Averment of Jurisdiction
    Exhibit C: Declaration of Trust Rights
    Exhibit D: Notice of Standing
    Exhibit E: Notice of Non-Consent
    Exhibit F: Writ of Possession
    Exhibit G: Writ of Execution
    Exhibit H: Notice of Consular Jurisdiction

All Rights Reserved – Without Prejudice – UCC 1-308

Submitted this day, May 9, 2025

By: Narosmi Boddo Auguste-El    *Narosmi B. Auguste-El all rights reserved and retained.*
In Proper Persona, Sui Juris, Moorish American National
c/o 74 Madison Avenue, Everett, Massachusetts Republic [02149]
Phone: 857-253-8248



𝔐oorish 𝔑ational 𝔕epublic 𝔉ederal 𝔊overnment

𝔐oorish 𝔇ivine and 𝔑ational 𝔐ovement of the 𝔚orld

𝔑orthwest 𝔄mexem / 𝔑orthwest 𝔄frica / 𝔑orth 𝔄merica / *𝔗he 𝔑orth 𝔊ate*

*** '𝔗emple of the 𝔐oon and 𝔖un' ****

*** 𝔖ocietas 𝔕epublicae 𝔈a 𝔄l 𝔐aurikanos ***

𝔗he 𝔗rue and 𝔇e jure 𝔑atural and 𝔍ndigenous 𝔓eoples ~ 𝔋eirs of the 𝔏and

International Document
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

**Narosmi Boddo Auguste-El**
In Proper Persona, Sui Juris, Jus Sanginus Moorish American National
Heiress and Lawful Holder in Due Course
c/o 74 Madison Avenue
Everett, Massachusetts [02149]
Phone: 857-253-8248

**DATE:** May 9, 2025, MCY 1446

**Date:** May 9, 2025

**To:**
CLERK OF COURTS
UNITES STATES DISTRICT COURT OF DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

**Re:** Filing of Notice of Removal — Northeast Housing Court (Fenton Division) Docket No. 25H77SP001503 / 25SP1503

1



Dear Clerk of the Court,

Please accept for filing the enclosed **Notice of Removal, Declaration of Fraud, and Demand for Dismissal for Lack of Jurisdiction** in the above-referenced matter.

I, Narosmi Boddo Auguste-El, am submitting this under **Special Appearance Only**, in **propria persona**, asserting rights as a Moorish American National, not a U.S. 14th Amendment citizen or corporate entity. This submission challenges the unlawful and unconstitutional nature of the proceedings currently being pursued in the Northeast Housing Court (Fenton Division) under docket number 25H77SP001503 / 25SP1503.

This matter has already been addressed through writs, affidavits, and jurisdictional challenges, which have gone unrebutted. All filings serve to establish that this is a matter concerning Aboriginal Allodial Estate and trust property, not subject to statutory venue. The attempt to proceed further in state court despite these filings constitutes fraud, breach of trust, and an attempt to assert false jurisdiction.

This cover letter accompanies:

- One (1) original and two (2) copies of the Notice of Removal.
- Supporting exhibits, including a copy of the unlawful Summary Process Notice.
- Certification of service to all parties, including opposing counsel Francisco Rosa and the Clerk-Magistrate at Northeast Housing Court.

Please time-stamp a copy for my records. If there are any procedural steps required that would not compromise my jurisdictional protections, please provide guidance.

Respectfully submitted,

*Narosmi B. Auguste-El all rights reserved and retained*

**Narosmi Boddo Auguste-El**
In Proper Persona, Sui Juris, Moorish American National
All Rights Reserved – Without Prejudice – UCC 1-308

II