| TRIAL COURT OF MASSACHUSETTS | NOTICE OF NEXT COURT EVENT |
|---|---|
| **DIVISION** Northeast | **DOCKET NUMBER** 25 SP 1503 |

**CASE NAME** [In Matter of] ERAMNO Investment, LLC

[v.] Narosmi Auguste

This matter is scheduled for **TRIAL**

DATE: 05/15/2025
TIME: 9:00 am
LOCATION: Middlesex Superior Court
200 Trade Center, 4th Flr.
Woburn, MA 01801

COURTROOM: 420

Visit the website below to sign up for text reminders for your upcoming court date.

https://www.mass.gov/forms/ereminder-court-date-notification-system

The above-captioned case will be heard on the date and time indicated above. Make sure that you save this notice and information because you may not receive further notice from the court about your court event!

**IMPORTANT!** If you do not participate in this court event, the court may rule against you, find you in default, dismiss your case, and issue additional orders against you.

**If this case is resolved, or if you have any questions about your court event, please contact the Clerk's Office immediately at** (978) 656-7600.

If you have any documents that you would like the court to consider at your court event, follow the instructions below:

1. Based on the information above about your court event, determine if your court event will take place in person (at a courthouse) or virtually (such as Zoom).

2. If your court event will take place in person (at a courthouse), bring your documents with you to court. You must provide a copy to the other side at least five (5) days before your scheduled court date.

3. If your court event will take place virtually (such as on Zoom), you must submit your documents to the court (with copies to the other side) at least five (5) days before your scheduled court date. The best way to submit your documents to the court is in person at the clerk's office or through eFiling (https://www.efilema.com/).

This notice was: ☑ given to the parties in hand by ED (Employee's Initials)  ☑ mailed to the parties  ☐ other:_____

(HC) – Last Updated 02/2025

| NOTICE OF SUMMARY PROCESS TRIAL | DOCKET NUMBER 25H77SP001503 | Massachusetts Trial Court Housing Court Department |
|---|---|---|

**CASE NAME** ERAANO INVESTMENT, LLC vs. Narosmi Auguste

| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED | YOUR CASE WILL BE HEARD AT: |
|---|---|
| Narosmi Auguste<br>74 Madison Avenue, Apt 2<br>Everett, MA 02149 | **Northeast Housing Court - Woburn**<br>**Middlesex County Superior Court**<br>**200 Trade Center**<br>**Courtroom 420, 4th Floor**<br>**Woburn, MA 01801** |

| NEXT COURT EVENT | | |
|---|---|---|
| 05/15/2025    09:00 AM | **SUMMARY PROCESS TRIAL** | **ALL PARTIES MUST ATTEND THE EVENT ON THE DATE AND TIME SCHEDULED** |

**TO THE PARTY OR ATTORNEY ABOVE:**

The above captioned case will be heard on the date and time indicated above. If you do not participate in this court event the Court may rule against you, find you in default, dismiss your case or issue additional orders against you. **If this case has resolved, please contact the Clerk's Office immediately at (978)689-7833.**

For all documents that you would like the court to consider you must provide a copy to the other side at least five (5) days before your scheduled event. If your event will take place in person, provide your documents to the court at the time of your scheduled event. If your event will take place virtually, you must provide the court copies of your documents at least five (5) days before your scheduled event by mail, by hand delivery to the clerk's office, or by eFile (https://www.efilema.com/). For more information on eFiling, please refer to the website.

If you would like to mediate this case with a Housing Court Specialist, or if you need interpreter services or a reasonable accommodation(s), contact the Clerk's Office at (978)689-7833.

If applicable, information on housing resources, financial assistance from Residential Assistance for Families in Transition ("RAFT"), and programs (such as the Court Service Center, Tenancy Preservation Program, and Lawyer for the Day) may be available to assist you. Please refer to this division's resource information sheet that is provided with this notice or by visiting the following webpage: https://www.mass.gov/guides/housing-court-resources.

To sign up for Housing Court electronic services, including text-message reminders of upcoming court events in a case, please complete and submit the following form: https://www.mass.gov/forms/ereminder-court-date-notification-system.

**To help with communication, please be sure the Clerk's Office has your phone number and e-mail address.**

| MAILING ADDRESS AND TELEPHONE NUMBER FOR HOUSING COURT | Further Orders of the Court. |
|---|---|
| Northeast Housing Court<br>Fenton Judicial Center<br>2 Appleton Street<br>Lawrence, MA 01840<br>(978)689-7833<br><br>**Normal business hours for this main office are Monday through Friday, 8:30 a.m to 4:30 p.m. | |

| DATE ISSUED | CLERK-MAGISTRATE |
|---|---|
| 5/2/25 | Thomas Trilla |

| CERTIFICATE OF CHANGE OF NAME | Docket No. MI22C0652CA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| In the matter of: Narosmi Auguste-Buteau | | Middlesex Probate and Family Court (781)865-4000 |

On **09/01/2022** the name of **Narosmi Auguste-Buteau** of **Everett, MA** was changed to **Narosmi Boddo Auguste El Bey** which shall hereafter be their legal name.

 **CERTIFICATION** 

As Register of Probate having the care and custody of the records pertaining to this court, I certify that the above change of name remains in full force and effect.

**IN WITNESS THEREOF**, I have hereunto set my hand and affixed the seal of said Court on **January 28, 2025**.

REGISTER OF PROBATE

JAN 28 2025
MIDDLESEX, SS.
PROBATE COURT
A TRUE COPY CERTIFIED

REGISTER

CJP 26 (3/28/24)