

Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / *The North Gate*

*** 'Temple of the Moon and Sun' ****

*** Societas Republicae Ea Al Maurikanos ***

The True and De jure Natural and Indigenous Peoples ~ Heirs of the Land

International Document

Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

**Narosmi Boddo Auguste-El**
In Proper Persona, Sui Juris, Jus sanguinis Moorish American National
Heiress and Lawful Holder in Due Course
c/o 74 Madison Avenue
Everett, Massachusetts [02149]
Phone: 857-253-8248

**AFFIDAVIT OF IMMEDIATE PROTECTION REQUEST AND NOTICE OF COORDINATED INTERAGENCY HARM In Propria Persona, Sui Juris, Ex Rel: Narosmi Boddo Auguste-El Filed Under Special Appearance, Not a Motion U.S. DISTRICT COURT – DISTRICT OF MASSACHUSETTS Related Federal Case No.: 1:25-cv-11308-FDS**

I, Narosmi Boddo Auguste-El, Moorish American National and Aboriginal Allodial Title Holder, in my full sovereign capacity, do hereby solemnly affirm and declare the following facts under penalty of perjury, without submission to foreign jurisdiction or corporate personhood, and with all rights reserved under UCC 1-308:

**I. REQUEST FOR IMMEDIATE PROTECTION**

1. I hereby place on record a formal and urgent request for **immediate protection** from further injury, surveillance, interference, and retaliation by agents acting under the Commonwealth of Massachusetts and their associated entities.
2. This request arises from a **pattern of coordinated harm** which has escalated following my refusal to submit to unlawful jurisdiction and my lawful assertion of my Moorish American nationality, secured under the **Treaty of Peace and Friendship (1787/1836)** and **international law**.
3. These actions include, but are not limited to:
    - Retaliatory detainment
    - Fabricated criminal charges
    - Denial of access to property
    - Racial misclassification
    - Judicial misrepresentation and docket manipulation
    - Document suppression and property tampering
4. I have credible reason to believe that additional harm is being orchestrated **by agents working in coordination across multiple agencies** including but not limited to local law enforcement, courts, detention centers, and administrative departments.

## II. NOTICE OF HIGH-LEVEL INTERAGENCY COORDINATION

5. This matter has revealed that these actions are not isolated. I have substantial cause to believe that agents and actors involved are receiving aid and legal strategy from **highly educated personnel** across multiple levels of governance who are **intentionally attempting to distance themselves from liability**.
6. The coordinated effort appears designed to:
    - Suppress the original violations committed on October 27, 2023
    - Retroactively justify an unlawful sobriety checkpoint that I did not consent to
    - Incarcerate me under falsified charges and remove me from my rightful Estate
7. I further believe that these agencies are sharing confidential information, exerting pressure on local officials, and **strategically constructing dockets and procedural hurdles** with the intent to overwhelm, silence, or criminalize my lawful activity.

## III. ASSERTION OF NON-CONSENT AND TREATY PROTECTIONS

8. I do not consent to any surveillance, detainment, property confiscation, monitoring, or digital intrusion by any local, state, or federal body operating outside the bounds of lawful treaty and international norms.
9. I assert my full rights under:
    - The **Treaty of Peace and Friendship (1787/1836)**
    - The **United Nations Declaration on the Rights of Indigenous Peoples**
    - The **American Declaration on the Rights of Indigenous Peoples (OAS)**
    - The **Vienna Convention on Consular Relations**, Article 36
    - The **U.S. Constitution**, Article III §2 and Article VI
10. I demand that all unlawful attempts to reframe, erase, or conceal the original violations through administrative burden or prosecutorial overreach be immediately ceased.

## IV. CLOSING DECLARATION AND NOTICE

11. This Affidavit stands as formal notice to all involved actors, agencies, and co-conspirators that any further harm, fabrication, or omission will be documented and pursued through international remedy if protection and full recognition of my standing is not provided without delay.
12. I respectfully request immediate acknowledgment of this record and demand all parties refrain from any further action that may threaten my physical well-being, personal freedom, or the security of my Estate.


Executed this 13th day of May, 2025.

All Rights Reserved, UCC 1-308, Without Prejudice

**Respectfully submitted,** *Narosmi B. Auguste-El all rights reserved*

**Narosmi Boddo Auguste-El** Moorish American National, In Propria Persona c/o 74 Madison Avenue, Everett, Massachusetts [02149]
Phone: 857-253-8248
Ex Rel, Sui Juris, Sovereign Creditor

Witness: *Resnet Auguste Bey*

FILED
IN CLERKS OFFICE
2025 MAY 13 PM 12:06
U.S. DISTRICT COURT
DISTRICT OF MASS.