

Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America /*The North Gate*

*** 'Temple of the Moon and Sun' ****

*** Societas Republicae Ea Al Maurikanos ***

The True and De jure Natural and Indigenous Peoples ~ Heirs of the Land

International Document

Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

**Narosmi Boddo Auguste-El**
In Proper Persona, Sui Juris, Jus sanguinis Moorish American National
Heiress and Lawful Holder in Due Course
c/o 74 Madison Avenue
Everett, Massachusetts [02149]
Phone: 857-253-8248

**AFFIDAVIT OF CONSOLIDATION, JURISDICTIONAL CHALLENGE, AND INTERNATIONAL RESERVATION OF RIGHTS In Propria Persona, Sui Juris, Ex Rel: Narosmi Boddo Auguste-El Filed Under Special Appearance, Not a Motion U.S. DISTRICT COURT – DISTRICT OF MASSACHUSETTS Case No.: 1:25-cv-11308-FDS**

I, Narosmi Boddo Auguste-El, Moorish American National and Aboriginal Allodial Title Holder, in Propria Persona, Sui Juris, and Ex Rel, being of lawful age and competent mind, do hereby declare the following, without waiver, submission, or joinder to any foreign jurisdiction, and under penalty of perjury:

**SECTION VI – DECLARATION OF EXHAUSTION AND RESERVATION OF INTERNATIONAL RIGHTS**

Furthermore, in connection with the newly generated docket 2509CR000313, I place the following grave facts on the record:

- During my unlawful detainment and transfer to M.C.I. Framingham Detention Center, my undergarments (underwear and bra) were seized and have never been returned. This is an alarming deviation from standard procedure and raises immediate concern about evidence tampering, bodily privacy violations, and potential misuse of retained personal property for fabricated drug-related allegations.
- While detained at the Brookline Police Department, I was held under duress and fed substances that were not identified, explained, or requested. Over the course of three nights, I experienced symptoms of disorientation, nausea, and loss of energy. I suspect the possibility of poisoning or involuntary drugging, potentially to compromise my testimony or to falsify evidence later claimed to be discovered on the garments they confiscated.
- I state emphatically under penalty of perjury that I do not, and have never, used any controlled substances. Any attempt to allege otherwise or manufacture evidence to that effect constitutes a criminal conspiracy to defame and prosecute a sovereign under false pretenses.
- This campaign has now extended beyond myself to include my brother, who serves in his official consular capacity as Cherifian. The agents of this coordinated operation have begun targeting him with surveillance, coercive tactics, and retaliatory actions for acting in his lawful role in support of my Estate and my legal protection. This establishes clear grounds for consular interference, family targeting, and expansion of psychological warfare to suppress lawful resistance.
- These acts are not isolated, nor are they bureaucratic errors. They form a pattern of tactical warfare, targeting my body, Estate, and support system in violation of:
  - The Treaty of Peace and Friendship (1787/1836)
  - The United Nations Declaration on the Rights of Indigenous Peoples
  - The Vienna Convention on Consular Relations, Article 36
  - The Universal Declaration of Human Rights, Articles 5, 7, and 9
- I hereby declare that unless equitable remedy and international acknowledgment of these rights are secured, I reserve the full right to file formal charges of human rights violations, medical coercion, racial persecution, and consular assault before the Permanent Forum on Indigenous Issues, the United Nations Human Rights Council, and other applicable international jurisdictions.

### SECTION VII – RECORD OF ESCALATION AND JUDICIAL FRAGMENTATION

This Affidavit further places on record the unlawful fragmentation and jurisdictional manipulation employed by various agents acting under the Commonwealth of Massachusetts. From a single coercive incident at a so-called "sobriety checkpoint" on October 27, 2023, the Commonwealth has now manufactured:

- Six (6) separate dockets
- Spread across three different venues
- Without ever establishing lawful jurisdiction or honoring the protections owed under federal or treaty law

These include:

- Docket 2450CV001293 – Malden District Court
- Docket 2350CR002003 – Malden/Fenton (criminal charges post-checkpoint)
- Docket 2509CR000313 – Brookline/Fenton (new fabricated charges)
- Docket 25H77SP001503 – Woburn/Northeast Housing Court
- RMV administrative action – License suspension through false classification under MGL c. 90 § 23
- Unknown concealed docket(s) – That have been tampered with or withheld from public record

I affirm that I was not in operation of any vehicle at the time I was stopped in Brookline. The conveyance was parked, and I was engaged in peaceful conversation with a homeowner. I was in possession of my Non-Citizen U.S. Passport, which clearly displays the name:

I explicitly object to misnomer use (e.g., "Narosmi Auguste" or "Narosmi Auguste-Buteau" or "NAROSMI AUGUSTE" or " NAROSMI AUGUSTE-BUTEAU any and all derivatives) and the presumption of any 14th Amendment "person" status or subjection to statutory jurisdiction.

All attached materials are for lawful record, and this filing preserves my right to escalate to international venue under Article VI protections, should federal remedy be denied or obstructed.

**Respectfully submitted,**

*Narosmi Boddo Auguste-El*   *Naromi B. Auguste-El all rights reserved.*
c/o 74 Madison Avenue, Everett, Massachusetts [02149]
Phone: 857-253-8248
In Propria Persona, Sui Juris, Ex Rel.
All Rights Reserved – UCC 1-308, Without Prejudice

Witness: *Kerry August Bey*

FILED
IN CLERKS OFFICE
2025 MAY 13 PM 12:11
U.S. DISTRICT COURT
DISTRICT OF MASS.

Narosmi Boddo Auguste El Bey



This name reflects my Moorish American National status, consistent with my consular filings and national identity. Despite this, court clerks and police agents have continued to override that name and revert to unlawful misnomers such as "Narosmi Auguste" or "Narosmi Auguste-Buteau," without consent.

Of particular concern is that this name was deliberately altered by actors at the Woburn venue – a de facto jurisdiction that appears to be the origin of the altered docket styling. The actors have knowingly avoided using my true name and intentionally resorted to corporate fictions in order to bypass jurisdictional challenges and continue unlawful prosecution.

This pattern of name manipulation, venue-hopping, and identity tampering represents fraud upon the court, misuse of administrative process, and active concealment of treaty obligations.

It must also be placed on record that these actors and agents are not operating in isolation. They are supported by a network of highly educated legal and administrative personnel working in coordination to preserve the unlawful structure now in place. Because the October 27, 2023 incident has triggered a domino effect exposing these structural violations, the responsible parties are now actively attempting to escape liability. They appear to be shifting focus from remedy to retaliation by attempting to construct a path to my incarceration to retroactively justify the initial stop and erase the original violations. I did not consent to the sobriety checkpoint, nor to any presumption of jurisdiction or statutory control over my person, estate, or lawful identity.

### SECTION VIII – LAWFUL NAME CORRECTION, RACIAL MISCLASSIFICATION, AND SUPPRESSION OF EVIDENCE

I affirm that my name was lawfully and properly changed through Woburn Probate Court, from:

- Narosmi Auguste
- To Narosmi Auguste-Buteau
- To Narosmi Boddo Auguste El Bey

This change was made in acknowledgment of my Moorish American nationality, affixing the tribal and dynastic title "El" or "Bey" as is customary under our national and treaty traditions. This was executed in accordance with the protections afforded by House Joint Resolution 192 (1933), and remains binding and enforceable regardless of the de facto status of the Woburn venue.

On April 22, 2025, I was in possession of my Nationality Card at the time of detainment. The officers involved acknowledged its existence within the release contract, yet still labeled me as "B" for Black, a designation I have lawfully rebutted. I edited the contract to reflect my correct national status. In retaliation, the officers and agencies involved refused to return my personal property, including my cell phone.

Said cell phone contains video and audio evidence directly tied to the events of that evening. I hereby place on record my concern that this device may be tampered with, accessed without warrant, or altered while in state custody, with the intention of deleting, manipulating, or concealing evidence.

Such conduct would constitute:

- Obstruction of justice
- Destruction or suppression of exculpatory evidence
- Abuse of due process under treaty and international norms

I demand the immediate and unaltered return of all seized property and hereby reserve all rights for international remedy should further injury result from this deprivation.

