UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERAANO INVESTMENT, LLC,    )<br>                                   )<br>      Plaintiff,            )<br>                                   )    Civil Action No.<br>      v.                    )    25-11308-FDS<br>                                   )<br>NAROSMI BODDO AUGUSTE-EL,    )<br>                                   )<br>      Defendant.    )<br>                                   ) | |

## ORDER OF REMAND

**SAYLOR, J.**

Plaintiff Eraano Investment, LLC, has moved to remand this matter to the Northeast Housing Court of the Commonwealth of Massachusetts on the basis that the court does not have subject-matter jurisdiction over this matter and the defendant and removing party, Narosmi Boddo Auguste-El, has failed to comply with Local Rule 81.1 of this court.

It appears that the matter involves a summary process eviction complaint that was filed in the Massachusetts Northeast Housing Court. There is no diversity of citizenship and no federal question is presented. Remand is therefore required for lack of subject-matter jurisdiction. Furthermore, Local Rule 81.1 requires that within 28 days of filing a notice of removal pursuant to 28 U.S.C. § 1446, the removing party must file certified or attested copies of all records and proceedings from the state court, including a certified copy of all docket entries. Defendant has failed to file the requisite certified record in compliance with the rule.[1]

---

[1] Under Local Rule 81.1(b), if the clerk does not receive the required papers within 42 days of the filing of the removal notice, the case shall be remanded to the state court unless the court orders otherwise. The court has no basis for issuing such an order, and defendant has not requested one.

2

Accordingly, and for the foregoing reasons, plaintiff's motion to remand (Dkt. No. 22) is GRANTED, and its motion to dismiss (Dkt. No. 15) for lack of subject-matter jurisdiction is DENIED without prejudice as moot.  This matter is hereby REMANDED to the Northeast Housing Court.

**So Ordered.**

Dated:  October 6, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge